**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RONALD DESCAULT,

    Plaintiff,

vs.                          Case No. 3:07cv87/MCR/EMT

ESCAMBIA COUNTY FLORIDA, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 7, 2007. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

    **DONE AND ORDERED** this 27th day of March, 2007.

                                                     *s/ M. Casey Rodgers*
                                                     **M. CASEY RODGERS
                                                     UNITED STATES DISTRICT JUDGE**